```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Shaquille Richardson

    v.

FCI Berlin, Warden                     Case No. 23-cv-206-SE

<u>JUDGMENT</u>

In accordance with the Order by Judge Samantha D. Elliott dated March 6, 2024, judgment is hereby entered.

    .

By the Court:

_____
Daniel J. Lynch
Clerk of Court

Date: March 6, 2024

cc:   Shaquille Richardson, pro se
      Counsel of Record